In the Matter of the Estate of LINCOLN G. DE CANT, Deceased. PERSIS

C. JOHNSON and Another, Appellants; MABEL E. DE CANT, as Executrix, etc., Respondent.— Decree reversed and the matter remitted to the surrogate for his further action, with costs to the appellant, upon the ground that the gift of " ten thousand dollars ($10,000) in face value of the stock in the Carthage Sulphite Pulp and Paper Company " is a gift of stock of the par value of $10,000, namely, 100 shares of stock of the par value of $100. All concur. [See *ante*, p. 966.]